Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>  Plaintiff,<br>v.<br>LEAPHIGH ANIMALS, LLC,<br><br>  Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

Plaintiff Peritas Brands, LLC ("Peritas Brands" or "Plaintiff"), by and through their attorneys of record, Holland & Hart LLP, and Renner Otto, hereby submit this motion in accordance with LR IA 11-6 to disassociate Jessica E. Whelan, Esq. as an attorney of record in the above-entitled action.  As of May 8, 2023, Ms. Whelan is no longer associated with the law firm of Holland & Hart, LLP.

In compliance with LR IA 11-6(b), Plaintiff has been provided notice of Ms. Whelan's departure.  Additionally, all other parties to this action will be served a copy of this Motion upon filing and therefore receive notice of Ms. Whelan's departure.

This motion is made in good faith and not intended to delay pretrial proceedings, discovery, trial, or any hearings in this case.  As a result, Plaintiff respectfully requests this Court grant this motion in full and remove Ms. Whelan from the above-entitled matter.  Plaintiff additionally

1

requests all notices continue to be directed to the attention of the undersigned counsel, Robert J. Cassity, Esq., of the law firm of Holland & Hart LLP and Kyle B. Fleming, Esq. of the law firm of Renner Otto.

DATED this 10th day of May 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBRRGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/11/2023

21453759_v1

2