F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (NV 14368)
ggibbs@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>           Defendant. | Case No.: 2:23-cv-00483-GMN-DJA<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION FOR ENTRY OF CLERK'S DEFAULT (ECF 13)** |

Plaintiff, PERITAS BRANDS, LLC, and Defendant, LEAPHIGH ANIMALS, LLC, by and through their respective counsel hereby stipulate to the withdrawal of Plaintiff's Motion for Entry of Clerk's Default Against Defendant Leaphigh Animals, LLC (ECF 13) ("the Motion") as follows.

WHEREAS, the Motion was filed prior to Defendant's retention of counsel in this matter, and Plaintiff states it intends to file an amended complaint in the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

fca-w-1576                                1

NOW THEREFORE, the Parties hereby stipulate to the Withdrawal of Plaintiff's Motion, that no response to the filed complaint need be filed by Defendant, and that the deadline for Defendant to file an initial response to Plaintiff's to-be-filed amended complaint in this matter shall be fourteen (14) days after Defendant is served with a copy of the filed amended complaint.

DATED: May 30, 2023.

| | **WEIDE & MILLER, LTD.** |
|---|---|
| */s/ Robert J. Cassity* | */s/ F. Christopher Austin* |
| Robert J. Cassity (NV 9779) | F. Christopher Austin, Esq. (NV 6559) |
| bcassity@hollandhart.com | *caustin@weidemiller.com* |
| **HOLLAND & HART LLP** | R. Scott Weide (NV5541) |
| 9555 Hillwood Drive, 2nd Floor | sweide@weidemiller.com |
| Las Vegas, NV 89134 | A. Gregory Gibbs, Esq. (NV 14368) |
| (702) 669-4600 | ggibbs@weidemiller.com |
| | 10655 Park Run Drive, Suite 100 |
| Kyle B. Fleming (*pro hac vice*) | Las Vegas, NV 89144 |
| Kfleming@rennerotto.com | (702) 382-4804 |
| **RENNER OTTO** | |
| 1621 Euclid Avenue, Floor 19 | *Attorneys for Defendant* |
| Cleveland, Ohio 44115 | |
| (216) 621-1113 | |
| | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED

_____
Daniel J. Albregts
U.S. MAGISTRATE JUDGE

Dated: _____May 31_____, 2023

21574657_v1