F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (NV 14368)
ggibbs@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>Defendant. | Case No.: 2:23-cv-00483-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT (ECF 16)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadline for Leaphigh to Answer or otherwise respond to Peritas' Amended Complaint (ECF 16) from June 13, 2023, to **June 23, 2023**. This is the first request to extend the deadline to respond to the Amended Complaint.

Leaphigh seeks this extension to permit it to consult with its undersigned counsel regarding the allegations and claims set forth in the Amended Complaint. While such consultations have commenced, scheduling conflicts with the undersigned counsel have necessitated the requested additional time, as pre-existing professional commitments have limited the undersigned counsel's ability to complete such consultations prior to the current deadline. The Parties respectfully submit that good faith exists therefore to grant the requested extension.

fca-w-1586                                                         1

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for Defendant Leaphigh Animals, LLC to Answer or otherwise respond to Plaintiff Peritas Brands, LLC's Amended Complaint (ECF 16) from June 13, 2023, to **June 23, 2023**.

DATED: June 13, 2023.

| | **WEIDE & MILLER, LTD.** |
|---|---|
| */s/ Robert J. Cassity* <br> Robert J. Cassity (NV 9779) <br> bcassity@hollandhart.com <br> **HOLLAND & HART LLP** <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br> (702) 669-4600 <br><br> Kyle B. Fleming (*pro hac vice*) <br> Kfleming@rennerotto.com <br> **RENNER OTTO** <br> 1621 Euclid Avenue, Floor 19 <br> Cleveland, Ohio 44115 <br> (216) 621-1113 <br><br> *Attorneys for Plaintiff Peritas Brands, LLC* | */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. (NV 6559) <br> *caustin@weidemiller.com* <br> R. Scott Weide (NV5541) <br> sweide@weidemiller.com <br> A. Gregory Gibbs, Esq. (NV 14368) <br> ggibbs@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br><br> *Attorneys for Defendant Leaphigh Animals, LLC* |

IT IS SO ORDERED

_____
Daniel J. Albregts

U.S. MAGISTRATE JUDGE

Dated: _____June 14_____, 2023

fca-w-1586

2