Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>  Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE (1) FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS; AND (2) FOR THE PARTIES' RULE 26(f) CONFERENCE**<br><br>**(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree as follows:

1. Plaintiff filed its Amended Complaint (ECF No. 16) on May 30, 2023.

2. Defendant's first appearance in this action was on May 30, 2023 through a Notice of Appearance of Counsel for Defendant (ECF No. 14).

3. The parties stipulate and agree to extend the deadline for Plaintiff to file its Response to Defendant's Special Motion to Dismiss (ECF No. 20) one week from July 7, 2023 to July 14, 2023.

4. The parties further stipulate and agree to extending the deadline for the parties to conduct their Rule 26(f) conference from June 29, 2023 to July 13, 2023.

5. The parties' request for an extension for Plaintiff's Response brief is due to Plaintiff's counsel's holiday schedules and their need for additional time to prepare the Response.

6. The parties' further request an extension of the Rule 26(f) conference deadline is necessary due to Defendant's counsel's conflicting deposition schedules.

7. The parties respectfully submit that their request is made in good faith and good cause exists to grant the requested extensions.

DATED: June 28, 2023.

| **HOLLAND & HART LLP** | **WEIDE & MILLER, LTD.** |
|---|---|
| */s/ Robert J. Cassity* <br> Robert J. Cassity (NV 9779) <br> bcassity@hollandhart.com <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br> (702) 669-4600 <br><br> Kyle B. Fleming (*pro hac vice*) <br> Kfleming@rennerotto.com <br> **RENNER OTTO** <br> 1621 Euclid Avenue, Floor 19 <br> Cleveland, Ohio 44115 <br> (216) 621-1113 <br><br> *Attorneys for Plaintiff Peritas Brands, LLC* | */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. (NV 6559) <br> *caustin@weidemiller.com* <br> R. Scott Weide (NV5541) <br> sweide@weidemiller.com <br> A. Gregory Gibbs, Esq. (NV 14368) <br> ggibbs@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br><br> *Attorneys for Defendant Leaphigh Animals, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: \_\_\_\_\_June 29, 2023\_\_\_\_\_

30017371_v1