F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (NV 14368)
ggibbs@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No.: 2:23-cv-00483-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (ECF 20)** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | |
| Defendant. | **(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadline for Leaphigh to file its Reply in support of its Special Motion to Dismiss Pursuant to NRS 41.660 (ECF 20) from July 21, 2023, to **August 4, 2023**. This is the first request to extend the deadline to file the Reply in support of the Special Motion to Dismiss.

Leaphigh seeks this extension to accommodate the scheduling conflicts of its counsel who has pre-existing obligations in another federal court matter in the Western District of Washington through July 26, 2023, and family obligations out-of-state thereafter through July 30, 2023, precluding Defendant's counsel from addressing this matter. As a result, absent the requested extension, Defendants will be unfairly prejudiced. This request is made in good faith, therefore,

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1605          1

and not for any purpose of delay or harm.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for Defendant Leaphigh Animals, LLC to file its Reply in support of its Special Motion to Dismiss Pursuant to NRS 41.660 (ECF 20) from July 21, 2023, to **August 4, 2023**.

DATED: July 20, 2023.

| | |
|---|---|
| /s/ Robert J. Cassity<br>Robert J. Cassity (NV 9779)<br>bcassity@hollandhart.com<br>**HOLLAND & HART LLP**<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>(702) 669-4600<br><br>Kyle B. Fleming (*pro hac vice*)<br>Kfleming@rennerotto.com<br>**RENNER OTTO**<br>1621 Euclid Avenue, Floor 19<br>Cleveland, Ohio 44115<br>(216) 621-1113<br><br>*Attorneys for Plaintiff Peritas Brands, LLC* | **WEIDE & MILLER, LTD.**<br><br>/s/ F. Christopher Austin<br>F. Christopher Austin, Esq. (NV 6559)<br>*caustin@weidemiller.com*<br>R. Scott Weide (NV5541)<br>sweide@weidemiller.com<br>A. Gregory Gibbs, Esq. (NV 14368)<br>ggibbs@weidemiller.com<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>(702) 382-4804<br><br>*Attorneys for Defendant Leaphigh Animals, LLC* |

IT IS SO ORDERED.

_____
Gloria M. Navarro
U.S. DISTRICT JUDGE

Dated: _July 21, 2023_____, 2023

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1605

2