F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (NV 14368)
ggibbs@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No.: 2:23-cv-00483-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (ECF 20)** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | |
| Defendant. | **(Second Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadline 4 business days for Leaphigh to file its Reply in support of its Special Motion to Dismiss Pursuant to NRS 41.660 (ECF 20) from August 4, 2023, to **August 10, 2023**. This is the second request to extend the deadline to file the Reply in support of the Special Motion to Dismiss.

Leaphigh seeks this extension to accommodate the scheduling conflicts of its counsel who is subject to a recently accelerated briefing obligation requiring submissions by Defendant's counsel of three reply briefs by August 4, 2023 (two of which are dispositive) in a federal copyright infringement matter before the Western District of Washington. This accelerated briefing schedule has precluded Defendant's counsel from being able to give due attention to the

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1613                                    1

1  present matter. As a result, absent the requested 4 business day extension, Defendants will be
2  unfairly prejudiced. This request is made in good faith, therefore, and not for any purpose of delay
3  or harm.
4      NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the
5  deadline for Defendant Leaphigh Animals, LLC to file its Reply in support of its Special Motion
6  to Dismiss Pursuant to NRS 41.660 (ECF 20) from August 4, 2023, to **August 10, 2023**.
7      DATED: August 3, 2023.

**WEIDE & MILLER, LTD.**

*/s/ Robert J. Cassity*
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
(702) 669-4600

Kyle B. Fleming (*pro hac vice*)
Kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
(216) 621-1113

*Attorneys for Plaintiff Peritas Brands, LLC*

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq. (NV 6559)
*caustin@weidemiller.com*
R. Scott Weide (NV5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (NV 14368)
ggibbs@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

IT IS SO ORDERED

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Dated:   August 4, 2023   , 2023

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1613

2