Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEAPHIGH ANIMALS, LLC, <br><br> Defendant. | Case No. 2:23-cv-00483-GMN-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PROTECTIVE ORDER** <br><br> **(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to extend the deadline under the Joint Discovery Plan and Scheduling Order (ECF No. 28) to file a Joint Protective Order for a period of one week, from August 10, 2023 to August 17, 2023. The parties respectfully submit that their request is made in good faith and not for purposes of delay, and good cause exists to grant the requested extension. The parties have circulated and are in the process of negotiating certain provisions of a proposed joint protective order. The parties and their counsel require additional time to meet-and-confer further in attempt to resolve those provisions without court intervention.

///

///

Accordingly, they stipulate and agree to an order extending the deadline from August 10, 2023 to August 17, 2023.

IT IS SO STIPULATED.

DATED: August 10, 2023.

| **HOLLAND & HART LLP** | **WEIDE & MILLER, LTD.** |
|---|---|
| */s/ Robert J. Cassity* <br> Robert J. Cassity (NV 9779) <br> bcassity@hollandhart.com <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br> (702) 669-4600 <br><br> Kyle B. Fleming (*pro hac vice*) <br> Kfleming@rennerotto.com <br> **RENNER OTTO** <br> 1621 Euclid Avenue, Floor 19 <br> Cleveland, Ohio 44115 <br> (216) 621-1113 <br><br> *Attorneys for Plaintiff Peritas Brands, LLC* | */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. (NV 6559) <br> *caustin@weidemiller.com* <br> R. Scott Weide (NV5541) <br> sweide@weidemiller.com <br> A. Gregory Gibbs, Esq. (NV 14368) <br> ggibbs@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br><br> *Attorneys for Defendant Leaphigh Animals, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2023

30297118_v1

2