F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV 5541)
sweide@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No.: 2:23-cv-00483-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF 37)** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | |
| Defendant. | **(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadline for Leaphigh to file its Response to Plaintiff's Motion for Partial Summary Judgment (ECF 37) from October 5, 2023, to **October 16, 2023**. This is the first request to extend the deadline to respond to this motion.

Leaphigh seeks this extension to accommodate the scheduling conflicts and increased workload of its counsel, arising not insignificantly from the departure of a firm partner and co-counsel in this matter to an in-house position with Defense counsel assuming the caseload of the departing co-counsel. As a result, absent the requested extension, Defendants will be unfairly prejudiced. This request is made in good faith and for good cause and not for any purpose of delay or harm.

/ / /

fca-w-1643                                1

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for Defendant Leaphigh Animals, LLC to file its Response to Plaintiff's Motion for Partial Summary Judgment (ECF 37) seven business days from October 5, 2023, to **October 16, 2023**.

DATED: October 5, 2023.

| | |
|---|---|
| */s/ Robert J. Cassity* | */s/ F. Christopher Austin* |
| Robert J. Cassity (NV 9779) | F. Christopher Austin, Esq. (NV 6559) |
| bcassity@hollandhart.com | *caustin@weidemiller.com* |
| **HOLLAND & HART LLP** | R. Scott Weide (NV5541) |
| 9555 Hillwood Drive, 2nd Floor | sweide@weidemiller.com |
| Las Vegas, NV 89134 | 10655 Park Run Drive, Suite 100 |
| (702) 669-4600 | Las Vegas, NV 89144 |
| | (702) 382-4804 |
| Kyle B. Fleming (*pro hac vice*) | |
| Kfleming@rennerotto.com | *Attorneys for Defendant Leaphigh Animals, LLC* |
| **RENNER OTTO** | |
| 1621 Euclid Avenue, Floor 19 | |
| Cleveland, Ohio 44115 | |
| (216) 621-1113 | |

*Attorneys for Plaintiff Peritas Brands, LLC*

IT IS SO ORDERED

Gloria M. Navarro

U.S. District Court Judge

Dated: October 6, 2023

fca-w-1643   2

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804