Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS (1) REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF 37); AND (2) RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF 41)**<br><br>**(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree as follows:

1.     On September 14, 2023, Plaintiff filed a Motion for Partial Summary Judgment of Non-Infringement (ECF 37).

2.     On October 16, 2023, Defendant filed its Opposition to Plaintiff's Motion for Partial Summary Judgment of Non-Infringement (ECF 42).

3.     On October 16, 2023, Defendant filed a Motion to Dismiss the First, Second, Fourth and Fifth Counts of Plaintiff's Amended Complaint (ECF 16) for Lack of Subject Matter Jurisdiction (ECF 41).

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4.      Plaintiff's (1) Reply in Support of its Motion for Partial Summary Judgment of Non-Infringement and (2) Response to Defendant's Motion to Dismiss the First, Second, Fourth, and Fifth Counts of Plaintiff's Amended Complaint (ECF 16) for Lack of Subject Matter Jurisdiction, are both currently due on October 30, 2023.

5.      The parties stipulate and agree to extend the deadline for Plaintiff to file its (1) Reply in Support of its Motion for Partial Summary Judgment of Non-Infringement and (2) Response to Defendant's Motion to Dismiss the First, Second, Fourth, and Fifth Counts of Plaintiff's Amended Complaint (ECF 16) for Lack of Subject Matter Jurisdiction for a period of two weeks from October 30, 2023, to November 13, 2023.

6.      The parties' request for an extension for Plaintiff's Reply and Response briefs is necessitated due to Plaintiff's counsel's scheduling conflicts, including an out-of-state hearing and an out-of-state deposition in other matters and possible jury duty, and therefore Plaintiff's counsel requires the additional time to prepare the Reply and Response briefs.

7.      The parties respectfully submit that their request is made in good faith and good cause exists to grant the requested extensions.

DATED: October 26, 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Kyle B. Fleming (*pro hac vice*)
Kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

**WEIDE & MILLER, LTD.**

*/s/ F. Christopher Austin, Esq.*
F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide (NV5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE
Dated: October 27, 2023

2