F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV 5541)
sweide@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>Defendant. | Case No.: 2:23-cv-00483-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (ECF 41)**<br><br>**(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadline for Leaphigh to file its Reply in support of its Motion to Dismiss the First, Second, Fourth, and Fifth Counts of Plaintiff's Amended Complaint (ECF 16) for Lack of Subject Matter Jurisdiction (ECF 41) from November 20, 2023, to **December 4, 2023**. This is the first request to extend the reply deadline.

Leaphigh seeks this extension to accommodate the scheduling conflicts (a trial the preceding week, hearing and preparation for same in another patent infringement matter) and office closures in connection with the Thanksgiving Holiday, precluding counsel from consulting with client principals and patent counsel to prepare a reply prior to the requested extended deadline. As a result, absent the requested extension, Defendants will be unfairly prejudiced. This request is made in good faith and for good cause and not for any purpose of delay or harm.

fca-w-1678                                        1

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1  NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the
2  deadline for Defendant Leaphigh Animals, LLC to file its Reply in support of its Motion to
3  Dismiss the First, Second, Fourth, and Fifth Counts of Plaintiff's Amended Complaint (ECF 16)
4  for Lack of Subject Matter Jurisdiction (ECF 41) eight business days from November 20, 2023,
5  to **December 4, 2023**.

6  DATED: November 20, 2023

**WEIDE & MILLER, LTD.**

*/s/ Robert J. Cassity*
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
(702) 669-4600

Kyle B. Fleming (*pro hac vice*)
Kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
(216) 621-1113

*Attorneys for Plaintiff Peritas Brands, LLC*

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq. (NV 6559)
*caustin@weidemiller.com*
R. Scott Weide (NV5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

IT IS SO ORDERED

_____
Gloria M. Navarro
U.S. DISTRICT JUDGE

Dated: __November 21__, 2023

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1678       2