Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION FOR A PROTECTIVE ORDER TO STAY ALL DISCOVERY PENDING THE COURT'S RULING ON MOTIONS TO DISMISS ALL OF PLAINTIFF'S CLAIMS (ECF 20, 41, 55) FOR LACK OF SUBJECT MATTER JURISDICTION (ECF 62)**<br><br>**(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1. On December 23, 2023, Defendant filed a Motion for a Protective Order to Stay All Discovery Pending the Court's Ruling on Motions to Dismiss All of Plaintiff's Claims (ECF 20, 41, 55) for Lack of Subject Matter Jurisdiction. *See* ECF 62.

2. Plaintiff's Response to Defendant's Motion for a Protective Order to Stay All Discovery Pending the Court's Ruling on Motions to Dismiss All of Plaintiff's Claims (ECF 20,

1  41, 55) for Lack of Subject Matter Jurisdiction (ECF 62) is currently due on January 8, 2024.

2  3. The parties stipulate and agree to extend the deadline for Plaintiff to file its Response to Motion for a Protective Order to Stay All Discovery Pending the Court's Ruling on Motions to Dismiss All of Plaintiff's Claims (ECF 20, 41, 55) for Lack of Subject Matter Jurisdiction (ECF 62) shall be extended for a period of 5 business days from January 8, 2024, to **January 16, 2024**.

4. The parties' request for an extension for Plaintiff's Response brief is necessitated due to Plaintiff's counsel's holiday and travel schedule and other briefing in this matter that was due during the holiday break, and the need for additional time to prepare Plaintiff's Response to Defendant's Motion to Stay Discovery.

5. The parties respectfully submit that their request is made in good faith and good cause exists to grant the requested extension.

DATED: January 5, 2024.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Kyle B. Fleming (*pro hac vice*)
Kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: January 5, 2024.

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin, Esq.
F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide (NV5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/8/2024

31201190_v1