F. Christopher Austin, Esq. (NV6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV5541)
sweide@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No.: 2:23-cv-00483-GMN-DJA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE CLAIM CONSTRUCTION BRIEFS** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | **(First Request)** |
| Defendant. | |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadlines for the Parties to file their respective patent claim construction briefs as set forth in the Joint Discovery Plan and Scheduling Order (ECF 28) by extending Leaphigh's responsive claim construction brief from January 10, 2024, to January 24, 2024, and Peritas' reply to the same from January 17, 2024, to February 14, 2024. This is the first request to extend such briefings.

The parties seek these extensions to provide time to meet and confer on the propriety of seeking to extend the March 6, 2024, Markman Hearing (ECF 57) on the patent claims for which these briefings are required pending the Court's February 27, 2024, hearing (ECF 68) on Leaphigh's Motion to Stay Discovery (ECF 62). That Motion to Stay seeks to stay all discovery

fca-1704                                              1

until the Court rules on Leaphigh's motions to dismiss all patent claims in this action that are the subject of Leaphigh's Motions to Dismiss for lack of subject matter jurisdiction (ECF 41, 55).[1]

The parties intend by this stipulation to secure time to meet and confer regarding continuing the Markman Hearing in connection with Leaphigh's request that the subject patent claim construction briefings and discovery should be extended to dates after the February 27, 2024, hearing (ECF 68) to avoid causing the parties to incur the costs of expensive patent construction briefing and Markman hearing preparations without prejudicing either party by such extensions.  As such, this request is made in good faith and for good cause and not for any purpose of delay or harm.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadlines for the Parties to file their respective patent claim construction briefs as set forth in the Joint Discovery Plan and Scheduling Order (ECF 28) by extending Leaphigh's responsive claim construction brief from January 10, 2024, to January 24, 2024, and Peritas' reply to the same from January 17, 2024, to February 14, 2024.

DATED: January 10, 2024

| | |
|---|---|
| */s/ Robert J. Cassity* | **WEIDE & MILLER, LTD.** |
| Robert J. Cassity (NV9779) | */s/ F. Christopher Austin* |
| bcassity@hollandhart.com | F. Christopher Austin, Esq. (NV6559) |
| **HOLLAND & HART LLP** | *caustin@weidemiller.com* |
| 9555 Hillwood Drive, 2nd Floor | R. Scott Weide (NV5541) |
| Las Vegas, NV 89134 | sweide@weidemiller.com |
| (702) 669-4600 | 10655 Park Run Drive, Suite 100 |
| | Las Vegas, NV 89144 |
| Kyle B. Fleming (*pro hac vice*) | (702) 382-4804 |
| Kfleming@rennerotto.com | |
| **RENNER OTTO** | *Attorneys for Defendant Leaphigh Animals, LLC* |
| 1621 Euclid Avenue, Floor 19 | |
| Cleveland, Ohio 44115 | |
| (216) 621-1113 | |
| | |
| *Attorneys for Plaintiff Peritas Brands, LLC* | |

---

[1] In addition to seeking a stay pending the Court's ruling on Leaphigh's motion to dismiss all non-patent claims (ECF 20).

fca-1704

2

IT IS SO ORDERED that the parties stipulation (ECF No. 69) is GRANTED.

_____
Daniel J. Albregts

U.S. MAGISTRATE JUDGE

Dated: _____January 17_____, 2024

31229508_v1

fca-1704                                   3