F. Christopher Austin, Esq. (NV6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (NV5541)
sweide@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No.: 2:23-cv-00483-GMN-DJA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO PERITAS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF 72)** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | |
| Defendant. | **(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel hereby stipulate and agree to an order extending the deadline for the Leaphigh to file its opposition to Peritas' Motion for Leave to File Second Amended Complaint (ECF 72) from January 30, 2024, to February 2, 2024. This is the first request to extend this briefing.

Leaphigh's counsel requested this extension due to unanticipated conflicts that arose in connection with other matters over the prior two days precluding such counsel from completing the opposition by the present deadline. Absent the requested stipulation, Leaphigh would be unduly prejudiced. As such, this request for a short extension of three days is made in good faith and for good cause and not for any purpose of delay or harm.

fca-1713                                       1

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadlines for Leaphigh to file its opposition to Peritas' Motion for Leave to File Second Amended Complaint (ECF 72) from <u>January 30, 2024</u>, to <u>February 2, 2024</u>.

DATED: January 30, 2024

| | |
|---|---|
| */s/ Robert J. Cassity* <br> Robert J. Cassity (NV9779) <br> bcassity@hollandhart.com <br> **HOLLAND & HART LLP** <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br> (702) 669-4600 <br> Kyle B. Fleming (*pro hac vice*) <br> Kfleming@rennerotto.com <br> **RENNER OTTO** <br> 1621 Euclid Avenue, Floor 19 <br> Cleveland, Ohio 44115 <br> (216) 621-1113 <br> *Attorneys for Plaintiff Peritas Brands, LLC* | */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. (NV6559) <br> caustin@weidemiller.com <br> R. Scott Weide (NV5541) <br> **WEIDE & MILLER, LTD.** <br> sweide@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br><br> *Attorneys for Defendant Leaphigh Animals, LLC* |

IT IS SO ORDERED

_____
Daniel J. Albregts
U.S. MAGISTRATE JUDGE

Dated: _____January 31_____, 2024

fca-1713

2