Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>           Plaintiff,<br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>           Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF 72)**<br><br>**(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1. On January 16, 2024, Plaintiff filed a Motion for Leave to File Second Amended Complaint. *See* ECF 72.

2. On February 2, 2024, Defendant filed its Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint. *See* ECF 79.

3. The parties stipulate and agree to extend the deadline for Plaintiff to file its Reply in Support of its Motion for Leave to File Second Amended Complaint shall be extended for a period of one week from February 9, 2024 to **February 16, 2024**. This is the first request to extend the deadline for this Reply brief.

1

4. The parties' request for an extension for Plaintiff's Reply brief is necessitated due to conflicts in Plaintiff's counsel's schedule and the need for additional time to prepare Plaintiff's reply to the arguments presented in Defendant's Opposition brief.

5. The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: February 7, 2024.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Kyle B. Fleming (*pro hac vice*)
Kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: February 7, 2024.

**WEIDE & MILLER, LTD.**

*/s/ F. Christopher Austin, Esq.*
F. Christopher Austin, Esq. (NV 6559)
caustin@weidemiller.com
R. Scott Weide (NV5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS ~~SO~~ ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/8/2024

31400313_v1