| | |
|---|---|
| 1 | Robert J. Cassity |
| | Nevada Bar No. 9779 |
| 2 | **HOLLAND & HART LLP** |
| | 9555 Hillwood Drive, 2nd Floor |
| 3 | Las Vegas, Nevada 89134 |
| | Telephone: (702) 669-4600 |
| 4 | Facsimile: (702) 669-4650 |
| | bcassity@hollandhart.com |
| 5 | |
| 6 | Kyle B. Fleming (*pro hac vice*) |
| | **RENNER OTTO** |
| 7 | 1621 Euclid Avenue, Floor 19 |
| | Cleveland, Ohio 44115 |
| 8 | kfleming@rennerotto.com |
| | Telephone: (216) 621-1113 |
| 9 | Facsimile: (216) 621-6165 |
| 10 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No. 2:23-cv-00483-GMN-DJA |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION TO DISMISS THE SEVENTH, EIGHTH, AND NINTH COUNTS OF PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 91)** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | |
| Defendant. | |
| | **(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1. On March 19, 2024, Plaintiff filed a Second Amended Complaint. *See* ECF 90.

2. On April 18, 2024, Defendant Leaphigh Animals, LLC filed a Motion to Dismiss the Seventh, Eighth, and Ninth Counts of Plaintiff's Second Amended Complaint (the "Motion to Dismiss"). *See* ECF 91.

3. The parties stipulate and agree to extend the deadline for Plaintiff to file its Response to Defendant's Motion to Dismiss for a period of two weeks from May 2, 2024 to **May 16, 2024**. This is the first request to extend the deadline for this Response brief.

1

4. The parties' request for an extension for Plaintiff's Response brief is requested to provide Plaintiff with additional time to prepare its Opposition and to provide time for the parties to engage in settlement discussions to potentially resolve the claims asserted in this litigation.

5. The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: April 25, 2024.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Kyle B. Fleming (*pro hac vice*)
kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: April 25, 2024.

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin (NV 6559)
caustin@weidemiller.com
R. Scott Weide (NV 5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2024

31934236_v1