Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERITAS BRANDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEAPHIGH ANIMALS, LLC, <br><br> Defendant. | Case No.  2:23-cv-00483-GMN-DJA <br><br> **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION TO DISMISS THE SEVENTH, EIGHTH, AND NINTH COUNTS OF PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 91)** <br><br> **(Second Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1. On March 19, 2024, Plaintiff filed a Second Amended Complaint. *See* ECF 90.

2. On April 18, 2024, Defendant Leaphigh Animals, LLC filed a Motion to Dismiss the Seventh, Eighth, and Ninth Counts of Plaintiff's Second Amended Complaint (the "Motion to Dismiss"). *See* ECF 91.

3. The Court previously entered an Order approving the parties' Stipulation to extend the deadline for Plaintiff to file its Response to Defendant's Motion to Dismiss from May 2, 2024 to May 16, 2024. *See* ECF 93.

1

4. As noted in the prior Stipulation (ECF 92), the parties have been engaged in settlement discussions for a full resolution of this action. The parties have made significant progress in their settlement discussions and therefore stipulate to and request an extension of 30 additional days, from May 16, 2024 until **June 17, 2024**, for Plaintiff to file its Response to the Motion to Dismiss in an effort to reach a final resolution of this action without burdening the parties with the fees associated with further briefing on the Motion to Dismiss. This is the parties' second request for an extension of this deadline.

5. The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: May 8, 2024.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Kyle B. Fleming (*pro hac vice*)
kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: May 8, 2024.

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin (NV 6559)
caustin@weidemiller.com
R. Scott Weide (NV 5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 8, 2024

32011294_v1