Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>    Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION TO DISMISS THE SEVENTH, EIGHTH, AND NINTH COUNTS OF PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 91)**<br><br>**(Fifth Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1.     On March 19, 2024, Plaintiff filed its Second Amended Complaint. *See* ECF 90.

2.     On April 18, 2024, Defendant Leaphigh Animals, LLC filed a Motion to Dismiss the Seventh, Eighth, and Ninth Counts of Plaintiff's Second Amended Complaint (the "Motion to Dismiss"). *See* ECF 91.

3.     The Court recently entered an Order approving the parties' fourth Stipulation to extend the deadline for Plaintiff to file its Response to Defendant's Motion to Dismiss from July 17, 2024 to August 19, 2024. *See* ECF 99.

1

4. As noted in the parties' recent Stipulation (ECF 98), the parties have been engaged in productive settlement discussions for a full resolution of this action.

5. Plaintiff's counsel circulated a proposed draft settlement agreement on June 17, 2024.

6. On July 10, 2024, Defendant's counsel provided Defendant's proposed revisions and comments to the draft settlement agreement.

7. Plaintiff's counsel provided further revisions to the Defendants' revised draft settlement agreement on August 14, 2024. These revisions took Plaintiff's counsel considerable time to prepare, as the parties' draft settlement agreement has become more complicated due to the need to address various claims within Defendant's patents to provide the parties with greater certainty regarding the scope of their agreement.

8. Nevertheless, the parties have made and are continuing to make significant progress in their settlement discussions and therefore stipulate to and request an extension of 30 additional days, from August 19, 2024 until **September 18, 2024**, for Plaintiff to file its Response to Defendant's Motion to Dismiss to enable the parties to finalize a settlement agreement and reach a final resolution of this action without incurring the fees associated with further briefing on the pending Motion to Dismiss. The parties remain hopeful that they will be able to reach an agreement for the full resolution of this action.

9. This is the parties' fifth request for an extension of this deadline.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

10. The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: August 15, 2024.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Robert J. Cassity (NV 9779)
bcassity@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Kyle B. Fleming (*pro hac vice*)
kfleming@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: August 15, 2024.

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin (NV 6559)
caustin@weidemiller.com
R. Scott Weide (NV 5541)
sweide@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 16, 2024

32615919_v1

3