Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165
kfleming@rennerotto.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00483-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION TO DISMISS THE SEVENTH, EIGHTH, AND NINTH COUNTS OF PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 91)**<br><br>**(Seventh Request)** |

　　　　Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

　　　　1.　　On March 19, 2024, Plaintiff filed its Second Amended Complaint. *See* ECF 90.

　　　　2.　　On April 18, 2024, Defendant filed a Motion to Dismiss the Seventh, Eighth, and Ninth Counts of Plaintiff's Second Amended Complaint (the "Motion to Dismiss"). *See* ECF 91.

　　　　3.　　The Court recently entered an Order approving the parties' sixth Stipulation to extend the deadline for Plaintiff to file its Response to Defendant's Motion to Dismiss from September 18, 2024 to October 18, 2024. *See* ECF 103.

1

4. As indicated in the parties' recent Stipulation (ECF 102), the parties have been engaged in productive settlement discussions over the past several months for a full resolution of this action.

5. Plaintiff's counsel circulated a proposed draft settlement agreement on August 14, 2024.

6. Defendant's counsel is still in the process of reviewing the most recent draft settlement agreement with his client and expects to circulate a further draft this week.

7. Because the parties have significantly narrowed the remaining issues under negotiation and are making significant progress in their settlement discussions, the parties stipulate to and request an extension of 30 additional days, from October 18, 2024 until **November 18, 2024**, for Plaintiff to file its Response to Defendant's Motion to Dismiss.

8. The purpose of the further extension is to enable the parties to finalize a settlement agreement and reach a final resolution of this action without incurring the attorneys' fees associated with further briefing on the pending Motion to Dismiss.

9. The parties recognize that these settlement negotiations have taken longer than anticipated and appreciate the Court's accommodation of their requests, but they remain hopeful that they will be able to reach an agreement for the full resolution of this action and anticipate being in a position to finalize their settlement agreement within the next 30 days.

10. This is the parties' seventh request for an extension of this deadline.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11.  The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: October 16, 2024.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Robert J. Cassity (NV Bar No. 9779)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
*Attorneys for Plaintiff Peritas Brands, LLC*

**IT IS FURTHER ORDERED that no more extensions will be granted.**

33267112_v1

DATED: October 16, 2024.

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin
Nevada Bar No. 6559
R. Scott Weide
Nevada Bar No. 5541
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 16, 2024