**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Peritas Brands, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>Leaphigh Animals, LLC,<br><br>          Defendant. | Case No. 2:23-cv-00483-GMN-DJA<br><br>**Order** |

      Before the Court is the parties' joint status report regarding settlement. (ECF No. 116). The parties indicate that they have not yet reached a settlement and Plaintiff Peritas Brands, LLC requests that the Court set a renewed case schedule while Defendant Leaphigh Animals, LLC asks that the Court order the parties to engage in mediation. The Court cannot force parties to settle. *See Rogers v. Giurbino*, No. 11-cv-560-WQH-RBB, 2016 WL 3878163, at \*3 (S.D. Cal. July 18, 2016). So, the Court will set a renewed case schedule.

      **IT IS THEREFORE ORDERED** that the below deadlines shall govern in this case:

| | |
|---|---|
| Fact Discovery Cut-Off | Thursday, November 19, 2026 |
| Disclosure of Non-infringement, Invalidity, and Unenforceability Contentions (LPR 1-8 and 1-9) per LPR 1-11 | Monday, March 16, 2026 |
| Asserted Claims and Infringement Contentions, LPR 1-6 and 1-7 per LPR 1-11 | Monday, April 27, 2026 |
| Response to Invalidity and Unenforceability Contentions, LPR 1-10 | Monday, April 27, 2026 |

| Exchange of Proposed Claim Terms for Construction, LPR 1-13 | Monday, May 11, 2026 |
|---|---|
| Exchange of Preliminary Claim Constructions, LPR 1-14 | Tuesday, May 26, 2026 |
| Joint Claim Construction and Prehearing Statement, LPR 1-15 | Monday, June 8, 2026 |
| Opening Claim Construction Brief, LPR 1-16 | Monday, June 29, 2026 |
| Response to Claim Construction Brief, LPR 1-16 | Monday, July 20, 2026 |
| Reply Claim Construction Brief, LPR 1-16 | Monday, July 27, 2026 |
| Claim Construction Hearing | Friday, September 25, 2026[1] |
| Expert Designations | Tuesday, November 24, 2026 |
| Rebuttal Expert Designations | Thursday, December 24, 2026 |
| Expert Discovery Cutoff | Monday, January 25, 2027 |
| Dispositive Motion Deadline | Wednesday, February 24, 2027 |

DATED: January 7, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Within sixty days after the reply brief is filed, the Court will complete its hearing, and issue its order within an additional 60 days.  If the Court is unable to issue its order within 120 days after submission of the reply brief, the Court may reset expert disclosure deadlines as requested by a party or stipulation.