Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165
kfleming@rennerotto.com

*Attorneys for Plaintiff*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERITAS BRANDS, LLC,<br><br>        Plaintiff,<br>v.<br><br>LEAPHIGH ANIMALS, LLC,<br><br>        Defendant. | Case No.  2:23-cv-00483-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION FOR A PROTECTIVE ORDER AND TO STAY ALL DISCOVERY PENDING THE COURT'S RULING ON LEAPHIGH'S MOTION TO DISMISS COUNTS 1-6 OF PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION (ECF 119)**<br><br>**(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1.      On March 19, 2024, Plaintiff filed its Second Amended Complaint. *See* ECF 90.

2.      On April 15, 2026, Defendant filed a Motion for Protective Order and to Stay All Discovery Pending the Court's Ruling on Leaphigh's Motion to Dismiss Counts 1-6 of Plaintiff's Second Amended Complaint For Lack of Subject Matter Jurisdiction (the "Motion for Protective Order"). *See* ECF 119.

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3. Plaintiff's current deadline to respond to the Motion for Protective Order is April 29, 2026.

4. The parties have conferred regarding Plaintiff's deadline to respond to the Motion for Protective Order and have agreed to extend Plaintiff's deadline from April 29, 2026 to May 29, 2026. This extension is necessitated due to Plaintiff's counsel's unavailability to prepare a response to the Motion for Protective Order due to substantial obligations in other pressing matters until mid-May 2026.

5. The parties are mindful of the Court's Minute Order setting a hearing on June 25, 2026 at 1:30 p.m. *See* ECF 120. This extension will not impact the Court's hearing schedule for the Motion for Protective Order.

6. The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: April 21, 2026.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity (NV Bar No. 9779)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: April 21, 2026.

**LEX TECHNICA**

*/s/ F. Christopher Austin*
F. Christopher Austin
Nevada Bar No. 6559
10161 W Park Run Dr Ste 150
Las Vegas, NV 89145

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: _____4/27/2026_____

37661710_v1

2