Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
bcassity@hollandhart.com

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165
kfleming@rennerotto.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERITAS BRANDS, LLC, | Case No.  2:23-cv-00483-GMN-DJA |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT LEAPHIGH ANIMALS, LLC'S MOTION TO DISMISS THE PATENT CLAIMS (COUNTS ONE THROUGH SIX) OF PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 90) FOR LACK OF SUBJECT MATTER JURISDICTION (ECF 118)** |
| v. | |
| LEAPHIGH ANIMALS, LLC, | |
| Defendant. | |
| | **(First Request)** |

Plaintiff, PERITAS BRANDS, LLC ("Plaintiff" or "Peritas"), and Defendant, LEAPHIGH ANIMALS, LLC, ("Defendant" or "Leaphigh") by and through their respective counsel, hereby stipulate and agree as follows:

1.     On March 19, 2024, Plaintiff filed its Second Amended Complaint. *See* ECF 90.

2.     On April 15, 2026, Defendant filed a Motion to Dismiss the Patent Claims (Counts One Through Six) of Plaintiff's Second Amended Complaint (ECF 90) For Lack of Subject Matter Jurisdiction (the "Motion to Dismiss"). *See* ECF 118.

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3. Plaintiff's current deadline to respond to the Motion to Dismiss is April 29, 2026.

4. The parties have conferred regarding Plaintiff's deadline to respond to the Motion to Dismiss and have agreed to extend Plaintiff's deadline from April 29, 2026 to May 29, 2026. This extension is necessitated due to Plaintiff's counsel's unavailability to prepare a response to the Motion to Dismiss due to substantial obligations in other pressing matters until mid-May 2026.

5. The parties respectfully submit that this stipulation is made in good faith and good cause exists to grant the requested extension.

DATED: April 24, 2026.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Robert J. Cassity (NV Bar No. 9779)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Kyle B. Fleming (*pro hac vice*)
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115

*Attorneys for Plaintiff Peritas Brands, LLC*

DATED: April 24, 2026.

**LEX TECHNICA**

/s/ F. Christopher Austin
F. Christopher Austin
Nevada Bar No. 6559
10161 W Park Run Dr Ste 150
Las Vegas, NV 89145

*Attorneys for Defendant Leaphigh Animals, LLC*

**ORDER**

IT IS SO ORDERED.

**DATED** this __28__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2